STELLA SUDOL ET AL., RESPONDENTS, v. MAX GURTMAN ET AL., APPELLANTS.

Submitted February 17, 1928—Decided May 14, 1928.

For the respondents, *Feder & Rinzler.*

For the appellants, *Gurtman & Walker.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, KALISCH, BLACK, KATZENBACH, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.  13.

*For reversal*—None.